IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                        CIV S-06-0183 GEB KJM

    vs.

DAVID LAUGENOUR, et al.,

    Defendants.                    FINDINGS & RECOMMENDATIONS

_____/

        Presently calendared for hearing on April 5, 2006 is plaintiff's motion to strike the answer filed by defendant Kelly Laugenour on behalf of Kellee Trust.  As provided by Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument.  Upon review of the motion and the file in this action, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendant Kelly Laugenour filed an answer pro se on February 16, 2006 as trustee of Kellee Trust.  Unincorporated associations, including trusts, must appear in court through a licensed attorney.  See Rowland v. California Men's Colony, 506 U.S. 194, 202, 113 S.Ct. 716, 721(1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); see also Church of the New Testament v. United States, 783 F.2d 771, 773-74 (9th Cir. 1986).  Likewise, a trustee may not appear pro se as a trust's legal representative.  C.E. Pope, 818 F.2d at 697-98

1

(dismissing complaint signed only by nonlawyer trustee).  Because defendant Kelly Laugenour is named only in her representative capacity of the trust in this action, and not in her personal capacity, the answer should be stricken.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's motion to strike be granted;

2. The answer filed February 16, 2006 by defendant Kelly Laugenour be stricken;

3. Default be entered against Kellee Trust.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
usa-laugenour.tru