IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                           2:06-cv-0183-GEB-KJM

    vs.

DAVID LAUGENOUR, et al.,

     Defendants.                  <u>ORDER</u>

_____/

       Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On April 4, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed April 4, 2006, are adopted in full;

       2. Plaintiff's motion to strike is granted;

/////

/////

1

3. The answer filed February 16, 2006 by defendant Kelly Laugenour is stricken; and

4. Default is entered against Kellee Trust.

Dated: May 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge