IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>DAVID E. LAUGENOUR; DEBRA LAUGENOUR; OXFORD TRUSTEE COMPANY as Trustee of Kellee Trust; KKP TRUSTEE SERVICES as Trustee of Kellee Trust; WASHINGTON MUTUAL BANK; MORGAN STANLEY DEAN WITTER CREDIT CORP.; and BANK UNITED OF TEXAS, FSB,<br>　　　　　　Defendants. | 2:06-cv-0183-GEB-KJM<br><br>ORDER |

　　　　Since it is unclear whether this case is automatically referenced to the Magistrate Judge under Local Rule 73-302(c), this action is referenced to the Magistrate Judge until the Magistrate Judge decides I should handle it.  Therefore, the status conference set for June 5, 2006, before me is reset to commence at 10:00 a.m. on August 2, 2006, before the Magistrate Judge.

Dated:  May 25, 2006

　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge