MCGREGOR W. SCOTT
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
(916)-554-2700

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

Attorneys for the Unites States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2: 06-00183-GEB-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID E. LAUGENOUR, DEBRA L. LAUGENOUR, OXFORD TRUSTEE COMPANY as Trustee of Kellee Trust, KELLY LAUGENOUR as Trustee of Kellee Trust, KKP TRUSTEE SERVICES as Trustee of Kellee Trust, WASHINGTON MUTUAL BANK, MORGAN STANLEY DEAN WITTER CREDIT CORP., AND BANK UNITED OF TEXAS, FSB, | |
| Defendants. | |

This court having read and considered the United States' Ex-Parte Application For an Order Permitting Service by Publication and for an Extension of Time to Complete Service of the Summons

and Complaint on Oxford Trustee Company and KKP Trustee Services.

IT IS HEREBY ORDERED that the Application is granted the Court directs as follows:

1. The United States shall serve defendants Oxford Trustee Company as trustee of Kellee Trust and KKP Trustee Services as trustee of Kellee Trust by publication pursuant to California law and California Code of Civil Procedure § 415.50. The United States has up to and including July 26, 2006 to complete service against the defendants.

2. A copy of a Summons, the Complaint and this Order will be mailed to the defendants Oxford Trustee Company as trustee of Kellee Trust and KKP Trustee Services as trustee of Kellee Trust in the event that precise whereabouts are ascertained before the expiration of the time herein prescribed for publication.

Dated this 29th day of August, 2006.
(*nunc pro tunc* to May 19, 2006)

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted on this 19th day of May, 2006.

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Goud Magarani
    GOUD P. MAGARANI
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 683
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202)307-6513