IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,                 CIV S-06-0183 GEB KJM PS

         vs.

DAVID LAUGENOUR, et al.,

         Defendants.            ORDER

_____/

         On September 5, 2006, defendants filed a motion to dismiss, contending this court does not have jurisdiction over the matter. The motion was not properly noticed. As plaintiff aptly points out in opposition, defendants' motion is patently frivolous. This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and pursuant to 26 U.S.C. §§ 7402 and 7403.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Defendants' motion to dismiss is denied.

/////

/////

/////

/////

1

1         2. Defendants are cautioned that further filing of frivolous pleadings may result in

2 their answer being stricken and default entered against them.

3 DATED:    10/19/06

4                                         UNITED STATES MAGISTRATE JUDGE

5

6 006
   usa-laugenour.mtd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26