MCGREGOR W. SCOTT
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
(916)-554-2700

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DAVID E. LAUGENOUR,  )<br>DEBRA L. LAUGENOUR, OXFORD TRUSTEE  )<br>COMPANY as Trustee of Kellee Trust, KELLY  )<br>LAUGENOUR as Trustee of Kellee Trust,  )<br>KKP TRUSTEE SERVICES as Trustee of Kellee  )<br>Trust, WASHINGTON MUTUAL BANK,  )<br>MORGAN STANLEY DEAN WITTER CREDIT  )<br>CORP., AND BANK UNITED OF TEXAS, FSB,  )<br>  )<br>  Defendants.  )<br>  )<br>_____  ) | Civil No. 2: 06-00183-GEB-KJM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MORGAN STANLEY DEAN WITTER CREDIT CORPORATION** |

IT IS HEREBY STIPULATED AND AGREED by the United States of America ("United

States") and Morgan Stanley Dean Witter Credit Corporation (now known as Morgan Stanley Credit

Corporation) ("Morgan Stanley") that:

1. The United States filed this action to foreclose federal tax liens on one parcel of real property located at 13834 Torrey Pines Drive, Auburn, California. The property is located in Nevada County, California.

2. The United States, pursuant to 26 U.S.C. § 6323(a), has filed notices of federal tax lien in the Nevada County Recorder's Office to make its liens against any and all real property owned by David E. Laugenour and Debra L. Laugenour, including the subject property, effective against persons entitled to such notice.

3. Morgan Stanley was named as a defendant solely to fulfill the requirements of 26 U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

4. Morgan Stanley has an interest in the parcel of real property that is the subject of this lawsuit located in Nevada County. Specifically, Morgan Stanley has a Deed of Trust for a line of credit that was recorded on March 31, 1997, which has priority over all federal tax liens recorded by the United States. The United States, when seeking judgment against David E. Laugenour and Debra L. Laugenour and a Decree of Foreclosure and Order of Sale, will seek to have Morgan Stanley paid for balance of the line of credit owed pursuant to Morgan Stanley's priority as provided by 26 U.S.C. § 6323(b).

5. In light of the foregoing, there is no further reason for Morgan Stanley to participate in this case.

/////

/////

/////

6. Morgan Stanley should be dismissed from this proceeding without prejudice.

DATED this 3rd day of May, 2006.              Dated this 2nd day of May, 2006.

MCGREGOR W. SCOTT
United States Attorney


/s/ Goud Maragani                              /s/ Kimberly A. Fanady
GOUD P. MARAGANI                               KIMBERLY A. FANADY
Trial Attorney, Tax Division                   Morgan Stanley Dean Witter Credit Corp.
U.S. Department of Justice                     180 Montgomery Street, Suite 940
Post Office Box 683                            San Francisco, CA 94101
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513


**IT IS SO ORDERED.**

Dated:  December 14, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the STIPULATION TO DISMISS DEFENDANT MORGAN STANLEY DEAN WITTER CREDIT CORPORATION has been made this 3rd day of May, 2006, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

Kelly Laugenour
400 Mission Ranch Boulevard
Apt. 114
Chico, CA 95926

David E. Laugenour
Debra L. Laugenour
13834 Torrey Pines Dr.
Auburn, CA 95602

Morgan Stanley Dean Witter Credit Corp.
C/o Kimberly A. Fanady
180 Montgomery Street, Suite 940
San Francisco, CA 94101

/s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice