IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>     v.<br>DAVID E. LAUGENOUR, et al.,<br>             Defendants. | 2:06-cv-0183-GEB-KJM<br><br>ORDER |

Defendants' June 7, 2006 "Motion to Vacate the Court's Order Adopting the Magistrate[']s Report and Recommendation in Re: the Putative Default Judgment Against Kelly Laugenour" is denied because Defendants have not shown sufficient grounds for vacating the order.

Dated:  March 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge