IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>DAVID E. LAUGENOUR, et al.,   )<br>                              )<br>            Defendants.       )<br>_____) | 2:06-cv-0183-GEB-KJM<br><br><u>ORDER</u> |

  Defendants' "Motion to Vacate the Magistrate's Order Granting Service Via Publication" filed October 11, 2006, is treated as a motion for reconsideration. Since sufficient grounds for reconsideration have not been shown, the motion is denied.

Dated:  March 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge