IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cv-0183-GEB-KJM |
| Plaintiff, | |
| v. | ORDER |
| DAVID E. LAUGENOUR, et al., | |
| Defendants. | |

Since sufficient grounds for disqualification have not been shown, Defendants' January 10, 2007 "Motion to Disqualify Garland E. Burrell for Cause" is denied.

Dated: March 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge