IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                      CIV S-06-0183 GEB KJM

    vs.

DAVID LAUGENOUR, et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Plaintiff's motion for summary judgement and for default judgment was calendared for hearing on April 11, 2007.  As provided by Local Rule 78-230(h), the court determined that the matter would be submitted on the papers without oral argument.  Upon review of the motions, the opposition thereto and the file in this action, and good cause appearing therefor, THE COURT ORDERS that within twenty days of this order, counsel for the government shall submit proposed findings and recommendations recommending the granting of plaintiff's motions.  Counsel also shall submit a proposed form of judgment.

DATED: April 11, 2007.

                                                              U.S. MAGISTRATE JUDGE

006/usa-laugenour.ord