IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                      2:06-cv-0183-GEB-KJM

     vs.

DAVID LAUGENOUR, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

     On May 23, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties. Objections to the findings and recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2007, are adopted in full;

2. Plaintiff's Motion for Summary Judgment is granted; and

3. Judgment is entered as follows:

    a. Judgment is entered in favor of the United States and against David E. Laugenour for the outstanding balance of Federal Insurance Contributions Act (FICA) taxes, incurred as a result of his involvement with Golden Chiropractic, for the tax periods ending March 31, 2000, June 30, 2000, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September 30, 2001, March 31, 2002, June 30, 2002 and September 30, 2002, together with accrued but unassessed statutory interest and penalties from December 31, 2006.  The amounts due from each tax period through December 31, 2006 are as follows:

| **Tax Period** | **Type of Tax** | **Unpaid Balance as of December 31, 2006** |
|---|---|---|
| 03/31/00 | 941 | $ 7,386.92 |
| 06/30/00 | 941 | $ 9,840.23 |
| 09/30/00 | 941 | $ 8,704.86 |
| 12/31/00 | 941 | $ 4,916.69 |
| 03/31/01 | 941 | $ 713.49 |
| 06/30/01 | 941 | $ 1,046.69 |
| 09/30/01 | 941 | $ 3,243.17 |
| 03/31/02 | 941 | $ 4,962.24 |
| 06/30/02 | 941 | $ 4,843.65 |
| 09/30/02 | 941 | $ 4,445.59 |
| TOTAL | | $50,103.53 |

b.  Judgment is entered in favor of the United States and against David E. Laugenour for the outstanding balance of federal miscellaneous penalties, assessed pursuant to 26 U.S.C. § 6671 and 26 U.S.C. § 6672, incurred for the tax periods ending December 31, 2000 and December 31, 2001, together with accrued but unassessed statutory interest and penalties from December 31, 2006. The amounts due for each tax period through December 31, 2006 are as follows:

| **Tax Period** | **Type of Tax** | **Unpaid Balance as of December 31, 2006** |
|---|---|---|
| 12/31/00 | 6721/6722 | $ 28,751.22 |
| 12/31/01 | 6721/6722 | $ 8,591.74 |
| TOTAL | | $37,342.96 |

c.  Judgment is entered in favor of the United States and against David E. Laugenour for the outstanding balance of unpaid federal unemployment taxes (FUTA) incurred for the tax periods ending December 31, 2000 and December 31, 2001, together with accrued but unassessed statutory interest and penalties through December 31, 2006. The amounts due for each tax period through December 31, 2006 are as follows:

| **Tax Period** | **Type of Tax** | **Unpaid Balance as of December 31, 2006** |
|---|---|---|
| 12/31/00 | 940 | $ 1,533.64 |
| 12/31/01 | 940 | $ 1,026.03 |
| TOTAL | | $2,559.67 |

d.  Judgment is entered in favor of the United States and against David E. Laugenour for the outstanding balance of income tax liabilities incurred by Mr. Laugenour for 1997, 2000 and 2001, together with accrued but unassessed statutory interest and penalties from December 31, 2006. The amounts due for each year through December 31, 2006 are as follows:

3

| Tax Period | Type of Tax | Unpaid Balance as of December 31, 2006 |
|---|---|---|
| 1997 | 1040 | $189,540.68 |
| 2000 | 1040 | $100,609.29 |
| 2001 | 1040 | $ 69,271.08 |
| TOTAL | | $359,421.05 |

e.  Judgment is entered in favor of the United States and against Debra L. Laugenour for the outstanding balance income tax liabilities incurred for the 2000 and 2001 tax years, together with accrued but unassessed statutory interest and penalties from December 31, 2006. The amounts due for each tax period through December 31, 2006 are as follows:

| Tax Period | Type of Tax | Unpaid Balance as of December 31, 2006 |
|---|---|---|
| 2000 | 1040 | $ 93,434.56 |
| 2001 | 1040 | $ 64,106.91 |
| TOTAL | | $157,541.47 |

f.  The total outstanding balance of both employment and income tax liabilities due from David E. Laugenour as of December 31, 2006, including statutory accruals through that date, is $449,427.21. As provided by law, interest and statutory additions continue to accrue from December 31, 2006, until the judgment is paid.

g.  The total outstanding balance of income tax liabilities due from Debra L. Laugenour as of December 31, 2006, including statutory accruals through that date, is $157,541.47. As provided by law, interest and statutory additions continue to accrue from December 31, 2006, until the judgment is paid.

h.  The United States has valid and subsisting tax liens against property owned by David E. Laugenour and Debra L. Laugenour and located at

4

13834 Torrey Pines Drive, Auburn, California ("property"). The property is more particularly described as follows:

> Lot 1362, of WESTERN LAKE PROPERTIES, UNIT NO. 2-B, as shown on the Official Map thereof filed in the Office of the County Recorder of the County of Nevada on July 5, 1967, in Book 2 of Subdivision Maps, at Page 95; EXCEPTING THEREFROM all oil, gas, gasoline and other hydro-carbon substances and all other minerals underlying and within the boundaries of such lot below a depth of 100 feet, without right of surface entry, as reserved in Deed recorded September 27, 1967 in Book 431, Page 26, Official Records.

i. The United States' liens should be enforced and foreclosed against the property through a judicial sale conducted by the U.S. Marshal pursuant to 26 U.S.C. §§ 2001 and 2002.

j. The subject property shall be sold free and clear of any liens or other interests held by David E. Laugenour, Debra L. Laugenour, Oxford Trustee Company, Kelly Laugenour, KKP Trustee Services and Kellee Trust.

k. The proceeds from the sale of the property will be distributed as provided by 26 U.S.C. § 6323.

l. The United States shall submit a proposed order of sale within thirty days of the entry of this Judgment.

Dated: June 12, 2007

GARLAND E. BURRELL, JR.
United States District Judge

5