IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>DAVID E. LAUGENOUR, et al.,<br><br>               Defendants. | 2:06-cv-0183-GEB-KJM<br><br>ORDER |

On July 17, 2007, Defendants David E. Laugenour and Debra L. Laugenour ("Defendants") filed a motion for a stay in execution of judgment until all appeals are final. Defendants, however, have not shown entitlement to a stay pending their appeal. Therefore, their motion is denied.

IT IS SO ORDERED.

Dated: July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge