MCGREGOR W. SCOTT
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
(916)-554-2700

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID E. LAUGENOUR, ) <br> DEBRA L. LAUGENOUR, OXFORD TRUSTEE ) <br> COMPANY as Trustee of Kellee Trust, KELLY ) <br> LAUGENOUR as Trustee of Kellee Trust, ) <br> KKP TRUSTEE SERVICES as Trustee of Kellee ) <br> Trust, WASHINGTON MUTUAL BANK, ) <br> MORGAN STANLEY DEAN WITTER CREDIT ) <br> CORP., AND BANK UNITED OF TEXAS, FSB, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Civil No. 2: 06-00183-GEB-KJM <br><br> **[PROPOSED] ORDER** <br> **CONFIRMING SALE** |

This matter came before the Court on the United States' Motion to Confirm Sale of a parcel of

real property located at 13834 Torrey Pines Drive in Auburn, California 95602.

The Court, having reviewed the United States' Motion to Confirm Sale and the documents filed in support of the motion, finds that the sale was in all respects legally and properly conducted. Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that the sale of the real property located at 13834 Torrey Pines Drive in Auburn, California on May 19, 2008, be, and the same is hereby, approved and confirmed; it is further

ORDERED that the Internal Revenue Service convey the real property to the person described as the purchaser in the Declaration of Hallie Lipscomb.

Dated: July 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

/s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202)307-6513

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the **[PROPOSED] ORDER TO CONFIRM SALE** has been made this 7th day of July, 2008, by depositing copies thereof in the United States Mail in a postage prepaid envelope addressed to:

Kelly Laugenour
400 Mission Ranch Boulevard
Apt. 114
Chico, CA 95926

David E. Laugenour
Debra L. Laugenour
13834 Torrey Pines Dr.
Auburn, CA 95602

/s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice