MCGREGOR W. SCOTT
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
(916)-554-2700

GOUD P. MARAGANI
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
555 4th Street, NW
Washington, DC 20001-2733
Telephone: (202) 307-6513
Facsimile:  (202) 307-0054

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. 2: 06-00183-GEB-KJM |
| Plaintiff, | ) |
| | ) **ORDER TO DISBURSE FUNDS** |
| v. | ) |
| DAVID E. LAUGENOUR, DEBRA L. LAUGENOUR, OXFORD TRUSTEE COMPANY as Trustee of Kellee Trust, KELLY LAUGENOUR as Trustee of Kellee Trust, KKP TRUSTEE SERVICES as Trustee of Kellee Trust, WASHINGTON MUTUAL BANK, MORGAN STANLEY DEAN WITTER CREDIT CORP., AND BANK UNITED OF TEXAS, FSB | ) |
| Defendants. | ) |

This matter came before the Court upon the United States' Motion to Disburse Funds. The Court, having reviewed the United States' Motion to Disburse Funds, ORDERS the Clerk of the Court to disburse the funds as follows: (1) $1,673.65 to the Internal Revenue Service at 4430 Watt Avenue, Sacramento, CA 95821 for reimbursement of expenses of sale; (2) $99,768.98 to Quality Loan Services at 2141 5th Avenue, San Diego, CA 92101 to pay off the outstanding balance; (3) $34,040.86 to Morgan Stanley Credit Corporation at 4708 Mercantile Drive North, Fort Worth, Texas 76137 to pay off the outstanding balance; and (4) the remaining balance to the United States Treasury at the U.S. Department of Justice, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044.

Dated: September 24, 2008

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```

Submitted by:

MCGREGOR W. SCOTT
United States Attorney


/s/ Goud P. Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station

2

Washington, D.C. 20044
Telephone: (202) 307-6513                                    _____

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of **[PROPOSED] ORDER TO DISBURSE FUNDS** has been made on September 23, 2008, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

Kelly Laugenour
400 Mission Ranch Boulevard
Apt. 114
Chico, CA 95926

David E. Laugenour
Debra L. Laugenour
5001 Freeport Boulevard
Apt. 185
SACRAMENTO, CA 95822-2736

/s/ Goud P. Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice